# U.S. District Court
# District of Oregon (Portland (3))
# CIVIL DOCKET FOR CASE #: 3:16–cv–00007–PK

Nike, Inc. v. Skechers U.S.A., Inc.  
Assigned to: Magistrate Judge Paul Papak  
Cause: 35:271 Patent Infringement

Date Filed: 01/04/2016  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Nike, Inc.**  
*an Oregon corporation*

represented by **Aaron P. Bowling**  
Banner & Witcoff, Ltd  
10 S. Wacker Drive  
Suite 3000  
Chicago, IL 60606  
312–463–5000  
Fax: 312–463–5001  
Email: abowling@bannerwitcoff.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Audra C. Eidem Heinze**  
Banner & Witcoff, LTD  
10 S. Wacker Drive  
Suite 3000  
Chicago, IL 60606–7407  
312–463–5000  
Fax: 312–463–5001  
Email: aheinze@bannerwitcoff.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Christopher J. Renk**  
Banner & Witcoff, Ltd.  
10 S. Wacker Drive  
Suite 3000  
Chicago, IL 60606  
312–463–5000  
Fax: 312–463–5001  
Email: crenk@bannerwitcoff.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Erik S. Maurer**  
Banner & Witcoff, Ltd.  
10 South Wacker Drive  
Suite 3000  
Chicago, IL 60606  
312–463–5407

Fax: 312–463–5001
Email: emaurer@bannerwitcoff.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kurt C. Riester**
Banner & Witcoff, LTD
10 S. Wacker Drive
Suite 3000
Chicago, IL 60606–7407
312–463–5440
Fax: 312–463–5001
Email: kriester@bannerwitcoff.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Harris**
Banner & Witcoff, Ltd.
10 S. Wacker Drive
Suite 3000
Chicago, IL 60606
312–463–5000
Fax: 312–463–5001
Email: mharris@bannerwitcoff.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan C. Brunette**
Stoel Rives LLP
760 S.W. Ninth Ave.
Suite 3000
Portland, OR 97205
503–294–9678
Fax: 503–220–2480
Email: nathan.brunette@stoel.com
*ATTORNEY TO BE NOTICED*

**Per A. Ramfjord**
Stoel Rives LLP
760 S.W. Ninth Ave.
Suite 3000
Portland, OR 97205
503–294–9257
Fax: 503–220–2480
Email: per.ramfjord@stoel.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Skechers U.S.A., Inc.**<br>*a Delaware corporation* | represented by | **Drew E. Breuder**<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>310–246–6713<br>Fax: 310–246–6779<br>Email: dbreuder@omm.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Elliot Z. Chen**<br>Irell & Manella<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067–4276<br>310–203–7038<br>Fax: 310–203–7199<br>Email: echen@irell.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jacob S. Gill**<br>Stoll Stoll Berne Lokting & Schlachter P.C.<br>209 S.W. Oak St.<br>Fifth Floor<br>Portland, OR 97204<br>503–227–1600<br>Fax: 503–227–6840<br>Email: jgill@stollberne.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jordan Raphael**<br>O'Melveny & Myers LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071–2899<br>213–430–6000<br>Fax: 213–430–6407<br>Email: jraphael@omm.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Morgan Chu**<br>Irell & Manella LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067<br>310–227–1010<br>Fax: 310– 203–7199<br>Email: mchu@irell.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Robert A. Shlachter**
Stoll Stoll Berne Lokting & Shlachter, PC
209 SW Oak Street
Suite 500
Portland, OR 97204
503−227−1600
Fax: 503−227−6840
Email: rshlachter@stollberne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel K. Lu**
Irell & Manella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067−4267
310−277−1010
Fax: 310−203−7199
Email: slu@irell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Talin Gordnia**
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067−4276
310−203−7038
Fax: 310−203−7199
Email: tgordnia@irell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas C. Werner**
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067−4276
310−203−7956
Fax: 310−203−7199
Email: twerner@irell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. DeJong**
Stoll Stoll Berne Lokting & Shlachter, PC
209 S.W. Oak Street
Fifth Floor
Portland, OR 97204
503−227−1600

Fax: 503–227–6840
Email: tdejong@stollberne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian M. Berliner**
O'Melveny & Myers LLP
400 S. Hope Street
19th Floor
Los Angeles, CA 90071
213–430–6000
Fax: 213–430–6407
Email: bberliner@omm.com
*TERMINATED: 11/30/2016*
*PRO HAC VICE*

**Daniel M. Petrocelli**
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
310–553–6700
Fax: 310–248–6779
Email: dpetrocelli@omm.com
*TERMINATED: 11/30/2016*
*PRO HAC VICE*

**Jeffrey A. Barker**
O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067
310–246–6763
Fax: 310–246–6779
Email: jbarker@omm.com
*TERMINATED: 11/30/2016*
*PRO HAC VICE*

**Mark A. Samuels**
O'Melveny & Myers LLP
400 Hope Street
Los Angeles, Ca 90071–2899
213–430–6340
Fax: 213–430–6407
Email: msamuels@omm.com
*TERMINATED: 11/30/2016*
*PRO HAC VICE*

**Stephanie B. Spiro**
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067–4276
310–277–1010
Fax: 310–203–7199

Email: sspiro@irell.com
*TERMINATED: 05/15/2017*
*PRO HAC VICE*

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2016 | Ï 1 | Complaint. Filing fee in the amount of $400 collected. Agency Tracking ID: 0979–4429183 Filer is subject to the requirements of Fed. R. Civ. P. 7.1. Jury Trial Requested: Yes. Included patents/trademarks: D696,853––1/7/2014––Nike, Inc., D700,423––3/4/2014––Nike, Inc., D707,032––6/17/2014––Nike, Inc., D723,772––3/10/2015––Nike, Inc., D723,781––3/10/2015––Nike, Inc.. Filed by Nike, Inc. against Skechers U.S.A., Inc. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet, # 3 Proposed Summons). (Ramfjord, Per) (Entered: 01/04/2016) |
| 01/04/2016 | Ï 2 | Corporate Disclosure Statement . Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 01/04/2016) |
| 01/05/2016 | Ï 3 | Notice of Case Assignment to Magistrate Judge Paul Papak and Discovery and Pretrial Scheduling Order. **NOTICE: Counsel shall print and serve the summonses and all documents issued by the Clerk at the time of filing upon all named parties in accordance with Local Rule 3–5**. Discovery is to be completed by 5/4/2016. Joint Alternate Dispute Resolution Report is due by 6/3/2016. Pretrial Order is due by 6/3/2016. Ordered by Magistrate Judge Paul Papak. (sss) (Entered: 01/05/2016) |
| 01/05/2016 | Ï 4 | Summons Issued Electronically as to Skechers U.S.A., Inc.. **NOTICE: Counsel shall print and serve the summonses and all documents issued by the Clerk at the time of filing upon all named parties in accordance with Local Rule 3–5.** (sss) (Entered: 01/05/2016) |
| 01/05/2016 | Ï 5 | Motion for Leave to Appear Pro Hac Vice *for Attorney Aaron Bowling* . Filing fee in the amount of $100 collected; Receipt No.: 25P8HCN6. Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 01/05/2016) |
| 01/05/2016 | Ï 6 | Motion for Leave to Appear Pro Hac Vice *for Attorney Michael J. Harris* . Filing fee in the amount of $100 collected; Agency Tracking ID: 0979–4431403. Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 01/05/2016) |
| 01/05/2016 | Ï 7 | Motion for Leave to Appear Pro Hac Vice *for Attorney Audra C. Eidem Heinze* . Filing fee in the amount of $100 collected; Agency Tracking ID: 0979–4431409. Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 01/05/2016) |
| 01/05/2016 | Ï 8 | Motion for Leave to Appear Pro Hac Vice *for Attorney Erik S. Maurer* . Filing fee in the amount of $100 collected; Receipt No.: 25P8HE3O. Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 01/05/2016) |
| 01/05/2016 | Ï 9 | Motion for Leave to Appear Pro Hac Vice *for Attorney Christopher J. Renk* . Filing fee in the amount of $100 collected; Agency Tracking ID: 0979–4431425. Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 01/05/2016) |
| 01/07/2016 | Ï 10 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Audra C. Eidem Heinze for Nike, Inc.. Application Fee in amount of $100 collected. Receipt No. 0979–4431409 issued. Signed on 1/7/16 by Magistrate Judge Paul Papak. (ecp) (Entered: 01/07/2016) |
| 01/07/2016 | Ï 11 | Notification of CM/ECF Account for Attorney Audra C. Eidem Heinze (*Pro Hac Vice* admission). Your login is: **aceidemheinze**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 01/07/2016) |

| | | |
|---|---|---|
| 01/07/2016 | Ï 12 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Aaron P. Bowling for Nike, Inc.. Application Fee in amount of $100 collected. Receipt No. 25P8HCN6 issued. Signed on 1/7/16 by Magistrate Judge Paul Papak. (ecp) (Entered: 01/07/2016) |
| 01/07/2016 | Ï 13 | Notification of CM/ECF Account for Attorney Aaron P. Bowling (*Pro Hac Vice* admission). Your login is: **apbowling**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 01/07/2016) |
| 01/07/2016 | Ï 14 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Michael J. Harris for Nike, Inc.. Application Fee in amount of $100 collected. Receipt No. 0979–4431403 issued. Signed on 1/7/16 by Magistrate Judge Paul Papak. (ecp) (Entered: 01/07/2016) |
| 01/07/2016 | Ï 15 | Notification of CM/ECF Account for Attorney Michael J. Harris (*Pro Hac Vice* admission). Your login is: **mjharris**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 01/07/2016) |
| 01/07/2016 | Ï 16 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Erik S. Maurer for Nike, Inc.. Application Fee in amount of $100 collected. Receipt No. 25P8HE3O issued. Signed on 1/7/2016 by Magistrate Judge Paul Papak. (ecp) (Entered: 01/07/2016) |
| 01/07/2016 | Ï 17 | Notification of CM/ECF Account for Attorney Erik S. Maurer (*Pro Hac Vice* admission). Your login is: **esmaurer**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 01/07/2016) |
| 01/07/2016 | Ï 18 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Christopher J. Renk for Nike, Inc.. Application Fee in amount of $100 collected. Receipt No. 0979–4431425 issued. Signed on 1/7/2016 by Magistrate Judge Paul Papak. (ecp) (Entered: 01/07/2016) |
| 01/07/2016 | Ï 19 | Notification of CM/ECF Account for Attorney Christopher J. Renk (*Pro Hac Vice* admission). Your login is: **cjrenk**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 01/07/2016) |
| 01/20/2016 | Ï 20 | Unopposed Motion for Extension of Time to Answer . Filed by Skechers U.S.A., Inc.. (DeJong, Timothy) (Entered: 01/20/2016) |
| 01/20/2016 | Ï 21 | Corporate Disclosure Statement . Filed by Skechers U.S.A., Inc.. (DeJong, Timothy) (Entered: 01/20/2016) |
| 01/20/2016 | Ï 22 | **ORDER** issued by Magistrate Judge Paul Papak: Granting Defendant's Unopposed Motion for Extension of Time 20 as follows: Answer deadline reset to 3/3/2016 for Defendant Skechers U.S.A. Inc. (gm) (Entered: 01/20/2016) |
| 01/20/2016 | Ï 23 | Motion for Leave to Appear Pro Hac Vice *for Attorney Mark Alan Samuels* . Filing fee in the amount of $100 collected; Agency Tracking ID: 0979–4450893. Filed by Skechers U.S.A., Inc.. (DeJong, Timothy) (Entered: 01/20/2016) |
| 01/20/2016 | Ï 24 | Motion for Leave to Appear Pro Hac Vice *for Attorney Jeffrey A. Barker* . Filing fee in the amount of $100 collected; Agency Tracking ID: 0979–4450902. Filed by Skechers U.S.A., Inc.. (DeJong, Timothy) (Entered: 01/20/2016) |
| 01/20/2016 | Ï 25 | Motion for Leave to Appear Pro Hac Vice *for Attorney Brian M. Berliner* . Filing fee in the amount of $100 collected; Agency Tracking ID: 0979–4450909. Filed by Skechers U.S.A., Inc.. (DeJong, Timothy) (Entered: 01/20/2016) |
| 01/21/2016 | Ï 26 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Mark A. Samuels for Skechers U.S.A., Inc.. Application Fee in amount of $100 collected. Receipt No. 0979–4450893 issued. Signed on 1/21/2016 by Magistrate Judge Paul Papak. (ecp) (Entered: 01/21/2016) |

| | | |
|---|---|---|
| 01/21/2016 | Ï 27 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Jeffrey A. Barker for Skechers U.S.A., Inc.. Application Fee in amount of $100 collected. Receipt No. 0979–4450902 issued. Signed on 1/21/2016 by Magistrate Judge Paul Papak. (ecp) (Entered: 01/21/2016) |
| 01/21/2016 | Ï 28 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Brian M. Berliner for Skechers U.S.A., Inc.. Application Fee in amount of $100 collected. Receipt No. 0979–4450909 issued. Signed on 1/21/2016 by Magistrate Judge Paul Papak. (ecp) (Entered: 01/21/2016) |
| 01/21/2016 | Ï 29 | Notification of CM/ECF Account for Attorney Brian M. Berliner (*Pro Hac Vice* admission). Your login is: **bmberliner**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 01/21/2016) |
| 01/22/2016 | Ï 30 | Motion for Leave to Appear Pro Hac Vice *for Attorney Daniel M. Petrocelli* . Filing fee in the amount of $100 collected; Agency Tracking ID: 0979–4454526. Filed by Skechers U.S.A., Inc.. (DeJong, Timothy) (Entered: 01/22/2016) |
| 01/22/2016 | Ï 31 | Motion for Leave to Appear Pro Hac Vice *for Attorney Jordan Raphael* . Filing fee in the amount of $100 collected; Agency Tracking ID: 0979–4454536. Filed by Skechers U.S.A., Inc.. (DeJong, Timothy) (Entered: 01/22/2016) |
| 01/25/2016 | Ï 32 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Jordan Raphael for Skechers U.S.A., Inc.. Application Fee in amount of $100 collected. Receipt No. 0979–4454536 issued. Signed on 1/25/2016 by Magistrate Judge Paul Papak. (ecp) (Entered: 01/25/2016) |
| 01/25/2016 | Ï 33 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Daniel M. Petrocelli for Skechers U.S.A., Inc.. Application Fee in amount of $100 collected. Receipt No. 0979–4454526 issued. Signed on 1/25/2016 by Magistrate Judge Paul Papak. (ecp) (Entered: 01/25/2016) |
| 03/02/2016 | Ï 34 | Motion for Leave to Appear Pro Hac Vice *for Attorney Drew E. Breuder* . Filing fee in the amount of $300 collected; Agency Tracking ID: 0979–4510947. Filed by Skechers U.S.A., Inc.. (Gill, Jacob) (Entered: 03/02/2016) |
| 03/03/2016 | Ï 35 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Drew E. Breuder for Skechers U.S.A., Inc.. Application Fee in amount of $300 collected. Receipt No. 0979–4510947 issued. Signed on 3/3/2016 by Magistrate Judge Paul Papak. (ecp) (Entered: 03/03/2016) |
| 03/03/2016 | Ï 36 | Notification of CM/ECF Account for Attorney Drew E. Breuder (*Pro Hac Vice* admission). Your login is: **debreuder**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 03/03/2016) |
| 03/03/2016 | Ï 37 | Answer to 1 Complaint,, with Jury Demand . Filed by Skechers U.S.A., Inc.. (Shlachter, Robert) (Entered: 03/03/2016) |
| 03/07/2016 | Ï 38 | **ORDER** issued by Magistrate Judge Paul Papak: Rule 16 Conference set for 3/28/2016 at 2:00PM in Portland Chambers before Magistrate Judge Paul Papak. Local Rules 16–2(b) and 26–1 require that counsel confer prior to the conference. At the conference, counsel should be prepared to discuss the status of the case, relevant dates and deadlines, and any other significant issues. If consents are going to be filed, it is helpful if they are filed prior to the time of the conference, particularly if a firm trial date is desired. (gm) (Entered: 03/09/2016) |
| 03/15/2016 | Ï 39 | **ORDER** issued by Magistrate Judge Paul Papak: Setting a Telephonic Scheduling Conference for 3/15/2016 at 3:00PM in Portland Chambers before Magistrate Judge Paul Papak. The parties shall call into the court's conference line (phone number to be provided via separate email) five minutes prior to the scheduled conference time. The court will join the conference call at or shortly after the appointed time. (gm) (Entered: 03/15/2016) |
| 03/15/2016 | Ï 40 | **MINUTES OF PROCEEDINGS** before Magistrate Judge Paul Papak: Telephonic Scheduling Conference held 3/16/16. Order: Resetting the Rule 16 Conference from 3/28/2016 at 2:00PM to a |

| | | |
|---|---|---|
| | | Telephonic Rule 16 Conference on 4/12/2016 at 10:00AM in Portland Chambers before Magistrate Judge Paul Papak. The parties shall call into the court's conference line (phone number to be provided via separate email) five minutes prior to the scheduled conference time. The court will join the conference call at or shortly after the appointed time. Local Rules 16–2(b) and 26–1 require that counsel confer prior to the conference. At the conference, counsel should be prepared to discuss the status of the case, relevant dates and deadlines, and any other significant issues. If consents are going to be filed, it is helpful if they are filed prior to the time of the conference, particularly if a firm trial date is desired. Erik Maurer; Per Ramfjord present as counsel for plaintiff(s). Brian Berliner; Robert Shlachter present as counsel for defendant(s). Court Reporter: (None). (gm) (Entered: 03/16/2016) |
| 04/08/2016 | Ï 41 | Joint Fed. R. Civ. P. 26(a)(1) Agreement *(Proposed Discovery Plan)*. Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 04/08/2016) |
| 04/08/2016 | Ï 42 | Stipulated Motion for Protective Order . Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 04/08/2016) |
| 04/08/2016 | Ï 43 | Joint Proposed Form of Order Submitted *Regarding E–Discovery in Patent Cases*. Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 04/08/2016) |
| 04/08/2016 | Ï 44 | **STIPULATED PROTECTIVE ORDER.** Signed on 4/8/16 by Magistrate Judge Paul Papak. (gm) (Entered: 04/08/2016) |
| 04/08/2016 | Ï 45 | **ORDER REGARDING E–DISCOVERY IN PATENT CASES.** Signed on 4/8/16 by Magistrate Judge Paul Papak. (gm) (Entered: 04/08/2016) |
| 04/12/2016 | Ï 46 | **MINUTES OF PROCEEDINGS** before Magistrate Judge Paul Papak: Telephonic Rule 16 Conference held 4/12/16. Order: Setting the following schedule re: motion to stay: Defendant's motion to stay due 4/11/2016. Response to motion to stay due 4/28/2016. Reply to response to motion to stay due 5/16/2016. Telephonic Oral Argument on the motion to stay, once filed, will be set for 5/23/2016 at 10:00AM. Order: Resetting the following deadlines: Initial disclosures to be completed by 4/25/2016. Parties to confer re: ADR by 5/3/2016. FRCP 7 & 15 pleadings and FRCP 18 & 19 Joinders due 5/4/2016. Joint ADR Report deadline (re)set to 6/2/2016. Written consents, if any, should be submitted by 6/2/2016. Fact Discovery motions due by 3/17/2017. Fact Discovery to be completed by 3/24/2017. Initial Expert Reports to be exchanged by 4/28/2017. Rebuttal Expert Reports to be exchanged by 5/26/2017. Expert Discovery Motions, excluding Daubert–related motions, due by 6/23/2017. Expert Discovery to be completed by 6/30/2017. Dispositive motions deadline (re)set to 7/14/2017. Response to dispositive motion(s) due 8/4/2017. Replies to responses to dispositive motions due 8/18/2017. Pretrial Order deadline (re)set to 9/19/2017 or until 30 days after this Court's final ruling on dispositive motions, whichever date is later. Pretrial motions, motions in limine and any pretrial–related Daubert motions deadlines will be set by the trial judge. Erik Maurer; Per Ramfjord; Audra Eiden Heinze present as counsel for plaintiff(s). Brian Berliner; Robert Shlachter; Jordan Raphael present as counsel for defendant(s). Court Reporter: (None). (gm) (Entered: 04/12/2016) |
| 04/12/2016 | Ï 47 | **AMENDED MINUTES OF PROCEEDINGS** before Magistrate Judge Paul Papak: Telephonic Rule 16 Conference held 4/12/16. Order: Setting the following schedule re: motion to stay: Defendant's motion to stay due 4/22/2016. Response to motion to stay due 5/9/2016. Reply to response to motion to stay due 5/16/2016. Telephonic Oral Argument on the motion to stay, once filed, will be set for 5/23/2016 at 10:00AM. Order: Resetting the following deadlines: Initial disclosures to be completed by 4/25/2016. Parties to confer re: ADR by 5/3/2016. FRCP 7 & 15 pleadings and FRCP 18 & 19 Joinders due 5/4/2016. Joint ADR Report deadline (re)set to 6/2/2016. Written consents, if any, should be submitted by 6/2/2016. Fact Discovery motions due by 3/17/2017. Fact Discovery to be completed by 3/24/2017. Initial Expert Reports to be exchanged by 4/28/2017. Rebuttal Expert Reports to be exchanged by 5/26/2017. Expert Discovery Motions, excluding Daubert–related motions, due by 6/23/2017. Expert Discovery to |

| | | |
|---|---|---|
| | | be completed by 6/30/2017. Dispositive motions deadline (re)set to 7/14/2017. Response to dispositive motion(s) due 8/4/2017. Replies to responses to dispositive motions due 8/18/2017. Pretrial Order deadline (re)set to 9/19/2017 or until 30 days after this Court's final ruling on dispositive motions, whichever date is later. Pretrial motions, motions in limine and any pretrial–related Daubert motions deadlines will be set by the trial judge. Erik Maurer; Per Ramfjord; Audra Eiden Heinze present as counsel for plaintiff(s). Brian Berliner; Robert Shlachter; Jordan Raphael present as counsel for defendant(s). Court Reporter: (None). (gm) (Entered: 04/13/2016) |
| 04/22/2016 | Ï 48 | ***WITHDRAWN*** Motion for Stay *Pending Completion of IPR Proceedings*. Oral Argument requested. Filed by Skechers U.S.A., Inc.. (Gill, Jacob) Modified on 5/20/2016 (gm). (Entered: 04/22/2016) |
| 04/22/2016 | Ï 49 | Declaration of Brian M. Berliner . Filed by Skechers U.S.A., Inc.. (Related document(s): Motion for Stay 48 .) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Gill, Jacob) (Entered: 04/22/2016) |
| 04/22/2016 | Ï 50 | Declaration of Kathy Kartalis . Filed by Skechers U.S.A., Inc.. (Related document(s): Motion for Stay 48 .) (Gill, Jacob) (Entered: 04/22/2016) |
| 04/25/2016 | Ï 51 | **ORDER** issued by Magistrate Judge Paul Papak: Setting Defendant's Motion to Stay Case Pending Completion of IPR Proceedings 48 on the Telephonic Oral Argument Calendar of 5/23/2016 at 10:00AM in Portland Chambers before Magistrate Judge Paul Papak. The parties shall call into the court's conference line (phone number to be provided via separate email) five minutes prior to the scheduled conference time. The court will join the conference call at or shortly after the appointed time. (gm) (Entered: 04/25/2016) |
| 05/09/2016 | Ï 52 | Response in Opposition to Motion for Stay *Pending Completion of IPR Proceedings* 48 . Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 05/09/2016) |
| 05/09/2016 | Ï 53 | Declaration of *Audra C. Eidem Heinze*. Filed by Nike, Inc.. (Related document(s): Response in Opposition to Motion 52 .) (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Ramfjord, Per) (Entered: 05/09/2016) |
| 05/16/2016 | Ï 54 | Reply *in support* to Motion for Stay *Pending Completion of IPR Proceedings* 48 Oral Argument requested. Filed by Skechers U.S.A., Inc.. (DeJong, Timothy) (Entered: 05/16/2016) |
| 05/16/2016 | Ï 55 | Second Declaration of Brian M. Berliner *in support of Defendant Skechers U.S.A., Inc.'s Motion to Stay Pending Completion of IPR Proceedings*. Filed by Skechers U.S.A., Inc.. (Related document(s): Reply to Motion 54 .) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (DeJong, Timothy) (Entered: 05/16/2016) |
| 05/20/2016 | Ï 56 | **ORDER** issued by Magistrate Judge Paul Papak: Granting the parties' unopposed E–mail Request dated 5/18/16 to stay proceedings and to withdraw Defendant's Motion to Stay Case. Defendant's Motion to Stay Case Pending Completion of IPR Proceedings 48 is Withdrawn and the matter Stricken from the telephonic oral argument calendar of 5/23/2016 at 10:00AM. This case is Stayed until 10/31/2016. The parties shall file a formal Joint Status Report no later than 10/31/2016 to advise the Court as to the status of the stay of this case and/or to indicate an appropriate discovery/pretrial schedule for the case going forward. (gm) (Entered: 05/20/2016) |
| 07/07/2016 | Ï 57 | Notice of Change of Address. Filed by Nike, Inc. (Ramfjord, Per) (Entered: 07/07/2016) |
| 10/31/2016 | Ï 58 | Joint Status Report . Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 10/31/2016) |
| 10/31/2016 | Ï 59 | **ORDER** issued by Magistrate Judge Paul Papak: The parties shall file another formal Joint Status Report no later than 11/28/2016 to advise the Court as to the status of the stay of this case and/or |

| | | |
|---|---|---|
| | | to indicate an appropriate discovery/pretrial schedule for the case going forward. (gm) (Entered: 10/31/2016) |
| 11/23/2016 | Ï 60 | Motion for Extension of Time *to File Joint Status Report*. Expedited Hearing requested. Filed by All Defendants. (Gill, Jacob) (Entered: 11/23/2016) |
| 11/28/2016 | Ï 61 | Joint Status Report . Filed by Nike, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (Ramfjord, Per) (Entered: 11/28/2016) |
| 11/29/2016 | Ï 62 | Notice of Association of Attorney Jacob S. Gill,Samuel K. Lu for Skechers U.S.A., Inc.. Filed by Skechers U.S.A., Inc. (Gill, Jacob) (Entered: 11/29/2016) |
| 11/29/2016 | Ï 63 | Notice of Association of Attorney Jacob S. Gill,Morgan Chu for Skechers U.S.A., Inc.. Filed by Skechers U.S.A., Inc. (Gill, Jacob) (Entered: 11/29/2016) |
| 11/29/2016 | Ï 68 | **ORDER** issued by Magistrate Judge Paul Papak: Based on the parties' Joint Status Report 61 , Defendant's Motion for Extension of Time 60 is Withdrawn. Order: Having reviewed the parties' Joint Status Report, the Stay of this case is Lifted and the case schedule is set as follows and as modified: Joint ADR Report deadline (re)set to 3/24/2017. Fact discovery motions due by 8/11/2017. Written consents, if any, should be submitted by 8/11/2017. Fact Discovery to be completed by 8/18/2017. Initial Expert Reports to be exchanged by 9/29/2017. Rebuttal/Responsive Expert Reports to be exchanged by 11/3/2017. Expert discovery motions due by 12/1/2017. Expert Discovery to be completed by 12/5/2017. Dispositive motions deadline (re)set to 12/12/2017. Response to dispositive motion(s) due 1/5/2018. Replies to responses to dispositive motions due 1/19/2018. Pretrial Order deadline (re)set to 5/4/2018. The filing deadline for any pretrial motions, motions in limine and *Daubert* motions shall be determined by the trial judge. (gm) (Entered: 12/01/2016) |
| 11/30/2016 | Ï 64 | Notice of Attorney Withdrawal: *Daniel M. Petrocelli* Filed by Skechers U.S.A., Inc. (Gill, Jacob) (Entered: 11/30/2016) |
| 11/30/2016 | Ï 65 | Notice of Attorney Withdrawal: *Mark A. Samuels* Filed by Skechers U.S.A., Inc. (Gill, Jacob) (Entered: 11/30/2016) |
| 11/30/2016 | Ï 66 | Notice of Attorney Withdrawal: *Brian M. Berliner* Filed by Skechers U.S.A., Inc. (Gill, Jacob) (Entered: 11/30/2016) |
| 11/30/2016 | Ï 67 | Notice of Attorney Withdrawal: *Jeffrey A. Barker* Filed by Skechers U.S.A., Inc. (Gill, Jacob) (Entered: 11/30/2016) |
| 12/07/2016 | Ï 69 | Motion for Leave to Appear Pro Hac Vice *for Attorney Samuel K. Lu* . Filing fee in the amount of $300 collected; Agency Tracking ID: 0979–4836967. Filed by Skechers U.S.A., Inc.. (Gill, Jacob) (Entered: 12/07/2016) |
| 12/07/2016 | Ï 70 | Motion for Leave to Appear Pro Hac Vice *for Attorney Talin Gordnia* . Filing fee in the amount of $300 collected; Agency Tracking ID: 0979–4837007. Filed by Skechers U.S.A., Inc.. (Gill, Jacob) (Entered: 12/07/2016) |
| 12/07/2016 | Ï 71 | Motion for Leave to Appear Pro Hac Vice *for Attorney Thomas C. Werner* . Filing fee in the amount of $300 collected; Agency Tracking ID: 0979–4837062. Filed by Skechers U.S.A., Inc.. (Gill, Jacob) (Entered: 12/07/2016) |
| 12/09/2016 | Ï 72 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Samuel K. Lu for Skechers U.S.A., Inc.. Application Fee in amount of $300 collected. Receipt No. 0979–4836967 issued. Signed on 12/9/2016 by Magistrate Judge Paul Papak. (ecp) Modified on 12/12/2016 to correct file date(ecp). (Entered: 12/12/2016) |

| | | |
|---|---|---|
| 12/09/2016 | Ï 73 | Notification of CM/ECF Account for Samuel K. Lu (*Pro Hac Vice* admission). Your login is: **sklu**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 12/12/2016) |
| 12/09/2016 | Ï 74 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Talin Gordnia for Skechers U.S.A., Inc.. Application Fee in amount of $300 collected. Receipt No. 0979–4837007 issued. Signed on 12/9/2016 by Magistrate Judge Paul Papak. (ecp) (Entered: 12/12/2016) |
| 12/09/2016 | Ï 75 | Notification of CM/ECF Account for Talin Gordnia (*Pro Hac Vice* admission). Your login is: **tgordnia**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 12/12/2016) |
| 12/09/2016 | Ï 76 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Thomas C. Werner for Skechers U.S.A., Inc.. Application Fee in amount of $300 collected. Receipt No. 0979–4837062 issued. Signed on 12/9/2016 by Magistrate Judge Paul Papak. (ecp) (Entered: 12/12/2016) |
| 12/09/2016 | Ï 77 | Notification of CM/ECF Account for Thomas C. Werner (*Pro Hac Vice* admission). Your login is: **tcwerner**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 12/12/2016) |
| 12/22/2016 | Ï 78 | Motion for Leave to Appear Pro Hac Vice *for Attorney Stephanie Spiro* . Filing fee in the amount of $300 collected; Agency Tracking ID: 0979–4852888. Filed by All Defendants. (Gill, Jacob) (Entered: 12/22/2016) |
| 01/03/2017 | Ï 79 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Stephanie B. Spiro for Skechers U.S.A., Inc.. Application Fee in amount of $300 collected. Receipt No. 0979–4852888 issued. Signed on 1/3/2017 by Magistrate Judge Paul Papak. (ecp) (Entered: 01/05/2017) |
| 01/03/2017 | Ï 80 | Notification of CM/ECF Account for Stephanie B. Spiro (*Pro Hac Vice* admission). Your login is: **sbspiro**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 01/05/2017) |
| 01/12/2017 | Ï 81 | Motion for Leave to Appear Pro Hac Vice *for Attorney Morgan Chu* . Filing fee in the amount of $300 collected; Agency Tracking ID: 0979–4869961. Filed by All Defendants. (Gill, Jacob) (Entered: 01/12/2017) |
| 01/17/2017 | Ï 82 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Morgan Chu for Skechers U.S.A., Inc.. Application Fee in amount of $300 collected. Receipt No. 0979–4869961 issued. Signed on 1/17/2017 by Magistrate Judge Paul Papak. (ecp) (Entered: 01/19/2017) |
| 01/17/2017 | Ï 83 | Notification of CM/ECF Account for Morgan Chu (*Pro Hac Vice* admission). Your login is: **mchu**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 01/19/2017) |
| 03/01/2017 | Ï 84 | Motion to Compel *and Supporting Memorandum*. Filed by Nike, Inc.. (Attachments: # 1 Appendix A) (Ramfjord, Per) (Entered: 03/01/2017) |
| 03/01/2017 | Ï 85 | Declaration of Aaron P. Bowling *in Support of Plaintiff NIKE, Inc.'s Motion to Compel*. Filed by Nike, Inc.. (Related document(s): Motion to compel 84 .) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M) (Ramfjord, Per) (Entered: 03/01/2017) |
| 03/01/2017 | Ï 86 | **ORDER** issued by Magistrate Judge Paul Papak: Setting Plaintiff's Motion to Compel 84 on the under advisement calendar of 3/21/2017. (gm) (Entered: 03/02/2017) |
| 03/13/2017 | Ï 87 | Memorandum in Opposition to Motion to Compel *and Supporting Memorandum* 84 Oral Argument requested. Filed by Skechers U.S.A., Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (DeJong, Timothy) (Entered: 03/13/2017) |
| 03/13/2017 | Ï 88 | Declaration of Thomas C. Werner *in Support of Memorandum in Opposition to Plaintiff's Motion to Compel*. Filed by Skechers U.S.A., Inc.. (Related document(s): Memorandum in Opposition, 87 |

| | | |
|---|---|---|
| | | .) (DeJong, Timothy) (Entered: 03/13/2017) |
| 03/13/2017 | Ï 89 | Notice re Motion to compel 84 *Notice of Withdrawal of Motion to Compel* Filed by Nike, Inc. (Related document(s): Motion to compel 84 .) (Ramfjord, Per) (Entered: 03/13/2017) |
| 03/13/2017 | Ï 90 | Declaration of Talin Gordnia *in Support of Memorandum in Opposition to Plaintiff's Motion to Compel*. Filed by Skechers U.S.A., Inc.. (Related document(s): Memorandum in Opposition, 87 .) (DeJong, Timothy) (Entered: 03/13/2017) |
| 03/13/2017 | Ï 91 | Declaration of Timothy S. DeJong *in Support of Memorandum in Opposition to Plaintiff's Motion to Compel*. Filed by Skechers U.S.A., Inc.. (Related document(s): Memorandum in Opposition, 87 .) (DeJong, Timothy) (Entered: 03/13/2017) |
| 03/14/2017 | Ï 92 | **ORDER** issued by Magistrate Judge Paul Papak: Based on Plaintiff's Notice of Withdrawal 89 , Plaintiff's Motion to Compel 84 is Withdrawn and the matter is Stricken from the under advisement calendar of 3/21/2017. (gm) (Entered: 03/14/2017) |
| 03/20/2017 | Ï 93 | Joint ADR Report . Filed by Nike, Inc..(Ramfjord, Per) (Entered: 03/20/2017) |
| 05/10/2017 | Ï 94 | Motion to Compel *Skechers U.S.A., Inc. to Substantially Complete Its Document Production and Produce Its Fact Witnesses for Depositions*. Filed by Nike, Inc.. (Attachments: # 1 Appendix A) (Ramfjord, Per) (Entered: 05/10/2017) |
| 05/10/2017 | Ï 95 | Declaration of Audra C. Eidem Heinze *in Support of Motion to Compel*. Filed by Nike, Inc.. (Related document(s): Motion to compel 94 .) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O) (Ramfjord, Per) (Entered: 05/10/2017) |
| 05/11/2017 | Ï 96 | **ORDER** issued by Magistrate Judge Paul Papak: Setting Plaintiff's Motion to Compel 94 on the under advisement calendar of 5/30/2017. (gm) (Entered: 05/11/2017) |
| 05/15/2017 | Ï 97 | Notice of Attorney Withdrawal: *Stephanie Spiro* Filed by Skechers U.S.A., Inc. (DeJong, Timothy) (Entered: 05/15/2017) |
| 05/16/2017 | Ï 98 | Motion for Leave to Appear Pro Hac Vice *for Attorney Elliot Z. Chen* . Filing fee in the amount of $300 collected; Agency Tracking ID: 0979–5010522. Filed by Skechers U.S.A., Inc.. (Gill, Jacob) (Entered: 05/16/2017) |
| 05/16/2017 | Ï 99 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Elliot Z. Chen for Skechers U.S.A., Inc.. Application Fee in amount of $300 collected. Receipt No. 0979–5010522 issued. Signed on 5/16/2017 by Magistrate Judge Paul Papak. (ecp) (Entered: 05/16/2017) |
| 05/16/2017 | Ï 100 | Notification of CM/ECF Account for Elliot Z. Chen (*Pro Hac Vice* admission). Your login is: **ezchen**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 05/16/2017) |
| 05/23/2017 | Ï 101 | Motion to Change or Transfer Venue *titled as "Skecher's Expedited Motion to Transfer Venue and Memorandum in Support"*. Filed by Skechers U.S.A., Inc.. (DeJong, Timothy) (Entered: 05/23/2017) |
| 05/23/2017 | Ï 102 | Declaration of Talin Gordnia . Filed by Skechers U.S.A., Inc.. (Related document(s): Motion to change/transfer venue 101 .) (Attachments: # 1 Exhibit A) (DeJong, Timothy) (Entered: 05/23/2017) |
| 05/23/2017 | Ï 103 | Declaration of Brian K. Cross . Filed by Skechers U.S.A., Inc.. (Related document(s): Motion to change/transfer venue 101 .) (DeJong, Timothy) (Entered: 05/23/2017) |
| 05/23/2017 | Ï 104 | |

| | | |
|---|---|---|
| | | Notice re Motion to change/transfer venue 101 *Request for Expedited Oral Argument* Filed by Skechers U.S.A., Inc. (Related document(s): Motion to change/transfer venue 101 .) (DeJong, Timothy) (Entered: 05/23/2017) |
| 05/24/2017 | 105 | Memorandum in Opposition to Motion to Compel *Skechers U.S.A., Inc. to Substantially Complete Its Document Production and Produce Its Fact Witnesses for Depositions* 94 Oral Argument requested. Filed by Skechers U.S.A., Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Werner, Thomas) (Entered: 05/24/2017) |
| 05/24/2017 | 106 | Declaration of *Thomas C. Werner in support of Opposition to Motion to Compel Skechers U.S.A., Inc. to Substantially Complete Its Document Production and Produce Its Fact Witnesses for Depositions*. Filed by Skechers U.S.A., Inc.. (Related document(s): Memorandum in Opposition, 105 .) (Werner, Thomas) (Entered: 05/24/2017) |
| 05/24/2017 | 107 | **ORDER** issued by Magistrate Judge Paul Papak: Setting a Telephonic Scheduling Conference for 5/26/2017 at 1:30PM in Portland Chambers before Magistrate Judge Paul Papak. The parties shall call into the court's conference line (phone number to be provided via separate email) five minutes prior to the scheduled conference time. The court will join the conference call at or shortly after the appointed time. (gm) (Entered: 05/25/2017) |
| 05/25/2017 | 108 | Motion for Leave to Appear Pro Hac Vice *for Attorney Kurt C. Riester* . Filing fee in the amount of $300 collected; Agency Tracking ID: 0979–5021977. Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 05/25/2017) |
| 05/26/2017 | 109 | **MINUTES OF PROCEEDINGS** before Magistrate Judge Paul Papak: Telephonic Scheduling Conference held 5/26/17. Order: The parties are to confer regarding jurisdictional discovery and a briefing schedule for the pending motion to transfer venue and report to the court no later than 6/1/2017. Audra Eidem Heinze; Per Ramfjord present as counsel for plaintiff(s). Samuel Lu; Thomas Werner; Timothy DeJong present as counsel for defendant(s). Court Reporter: (None). (gm) (Entered: 05/26/2017) |
| 06/01/2017 | 110 | Joint Report *Regarding Venue–Related Discovery and Briefing Schedule for Pending Motion to Transfer*. Filed by Nike, Inc.. (Attachments: # 1 Exhibit A) (Ramfjord, Per) (Entered: 06/01/2017) |
| 06/02/2017 | 111 | Response *Regarding Waiver in Opposition* to Motion to Change or Transfer Venue *titled as "Skecher's Expedited Motion to Transfer Venue and Memorandum in Support"* 101 . Filed by Nike, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Ramfjord, Per) (Entered: 06/02/2017) |
| 06/08/2017 | 112 | Supplement *Notice of Supplemental Authority*. Filed by Nike, Inc.. (Related document(s): Response to Motion, 111 .) (Ramfjord, Per) (Entered: 06/08/2017) |
| 06/08/2017 | 113 | Exhibits *Exhibit A to Plaintiff NIKE, Inc.'s Notice of Supplemental Authority* re Supplement 112 . Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 06/08/2017) |
| 06/09/2017 | 114 | Reply to Motion to Change or Transfer Venue *titled as "Skecher's Expedited Motion to Transfer Venue and Memorandum in Support"* 101 . Filed by Skechers U.S.A., Inc.. (DeJong, Timothy) (Entered: 06/09/2017) |
| 06/16/2017 | 115 | Joint Brief *Joint Position Statement Regarding Venue–Related Discovery Disputes, ORAL ARGUMENT REQUESTED BY DEFENDANT SKECHERS U.S.A., INC.*. Filed by Nike, Inc.. (Attachments: # 1 Appendix A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3) (Ramfjord, Per) (Entered: 06/16/2017) |
| 06/19/2017 | 116 | **ORDER** issued by Magistrate Judge Paul Papak: The deadlines as proposed in the parties' Joint Report Regarding Briefing Schedule for Pending Motion to Transfer 110 are Adopted. Order: Setting Defendants' Motion to Transfer Venue to the Central District of California 101 on the Oral |

| | | |
|---|---|---|
| | | Argument Calendar of 8/9/2017 at 10:00AM in Courtroom 10B before Magistrate Judge Paul Papak. Order: Setting a Telephone Conference re: venue–related discovery issues for 6/28/2017 at 2:00PM in Portland Chambers before Magistrate Judge Paul Papak. The parties shall call into the court's conference line (phone number to be provided via separate email) five minutes prior to the scheduled conference time. The court will join the conference call at or shortly after the appointed time. (gm) (Entered: 06/19/2017) |
| 06/27/2017 | 117 | **ORDER:** Granting Application for Special Admission *Pro Hac Vice* of Kurt C. Riester for Nike, Inc.. Application Fee in amount of $300 collected. Receipt No. 0979–5021977 issued. Signed on 6/29/2017 by Magistrate Judge Paul Papak. (ecp) (Entered: 06/29/2017) |
| 06/27/2017 | 118 | Notification of CM/ECF Account for Kurt C. Riester (*Pro Hac Vice* admission). Your login is: **kcriester**. Go to the CM/ECF login page to set your password. (ecp) (Entered: 06/29/2017) |
| 06/28/2017 | 119 | **MINUTES OF PROCEEDINGS** before Magistrate Judge Paul Papak: Telephone Conference re: venue–related discovery issues held 6/28/17. Discovery matters are taken under advisement. Audra Eidem Heinze; Per Ramfjord present as counsel for plaintiff(s). Samuel Lu; Robert Shlachter present as counsel for defendant(s). Court Reporter: (None). (gm) (Entered: 06/29/2017) |
| 06/30/2017 | 120 | **ORDER.** The parties have submitted a Joint Position Statement Regarding Venue–Related Discovery Issues 115 , which I construe as Plaintiff's motion to compel discovery. As discussed below, I grant in part and deny in part Plaintiff's motion to compel. (See attached 7–page order.) Signed on 6/30/2017 by Magistrate Judge Paul Papak. (gw) (Entered: 06/30/2017) |
| 07/18/2017 | 121 | Joint Motion *for Extension of Venue–Related Deadlines*. Expedited Hearing requested. Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 07/18/2017) |
| 07/19/2017 | 122 | Second Supplement *Second Notice of Supplemental Authority*. Filed by Nike, Inc.. (Related document(s): Response to Motion, 111 .) (Attachments: # 1 Exhibit A) (Ramfjord, Per) (Entered: 07/19/2017) |
| 07/19/2017 | 123 | **ORDER** issued by Magistrate Judge Paul Papak: Granting the parties' Joint Motion for Extension of Time 121 as follows: Depositions of venue–related witnesses to be completed by 8/11/2017. Response to motion to transfer venue due by 8/18/2017. Reply to response to motion to transfer venue due by 8/28/2017. Order: Resetting Defendant's Motion to Transfer Venue to the Central District of California 101 from 8/9/2017 at 10:00AM to the Oral Argument Calendar of 9/6/2017 at 10:00AM in Portland Courtroom 10B before Magistrate Judge Paul Papak. (gm) (Entered: 07/20/2017) |
| 07/24/2017 | 124 | Notice re Declaration 103 , Motion to change/transfer venue 101 *titled as "Notice of Errata Regarding Skechers' Expedited Motion to Transfer Venue and Declaration of Brian K. Cross in Support Thereof"* Filed by Skechers U.S.A., Inc. (Related document(s): Declaration 103 , Motion to change/transfer venue 101 .) (DeJong, Timothy) (Entered: 07/24/2017) |
| 07/24/2017 | 125 | Amended Declaration of Brian K. Cross *in Support of Skechers' Expedited Motion to Transfer Venue*. Filed by Skechers U.S.A., Inc.. (Related document(s): Declaration 103 , Notice, 124 , Motion to change/transfer venue 101 .) (DeJong, Timothy) (Entered: 07/24/2017) |
| 08/03/2017 | 126 | Joint Motion *for Suspension of Deadlines Pending Resolution of Motion to Transfer Venue and Motion to Compel*. Expedited Hearing requested. Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 08/03/2017) |
| 08/07/2017 | 127 | **ORDER** issued by Magistrate Judge Paul Papak: Granting the parties' Joint Motion for Suspension of Case Deadlines 126 until after the Motion to Transfer or the Motion to Compel are decided. (gm) (Entered: 08/07/2017) |
| 08/18/2017 | 128 | |

| | | |
|---|---|---|
| | | Response in Opposition to Motion to Change or Transfer Venue *titled as "Skecher's Expedited Motion to Transfer Venue and Memorandum in Support"* 101 Oral Argument requested. **(DOCUMENT RESTRICTED ACCORDING TO PROTECTIVE ORDER)** Filed by Nike, Inc.. (Ramfjord, Per) (Entered: 08/18/2017) |
| 08/18/2017 | 129 | Declaration of Kurt C. Riester *in Support of Nike, Inc.'s Response Regarding 28 U.S.C. Sec. 1440(b)*. **(DOCUMENT RESTRICTED ACCORDING TO PROTECTIVE ORDER)** Filed by Nike, Inc.. (Related document(s): Response in Opposition to Motion, 128 .) (Attachments: # 1 Exhibit 1 – Depo excerpts, # 2 Exhibit 2 – Depo excerpts, # 3 Exhibit 3 – Depo excerpts, # 4 Exhibit 4 – Depo excerpts, # 5 Exhibit 5 – Depo exhibit, # 6 Exhibit 6 – Depo exhibit, # 7 Exhibit 7 – Depo exhibits, # 8 Exhibit 8 – Depo exhibit, # 9 Exhibit 9 – Spreadsheet, # 10 Exhibit 10 – Depo exhibit, # 11 Exhibit 11 – Depo exhibit, # 12 Exhibit 12 – Depo exhibit, # 13 Exhibit 13 – Depo exhibit, # 14 Exhibit 14 – Depo exhibits, # 15 Exhibit 15 – Depo exhibit) (Ramfjord, Per) (Entered: 08/18/2017) |
| 08/28/2017 | 130 | Reply to Motion to Change or Transfer Venue *titled as "Skecher's Expedited Motion to Transfer Venue and Memorandum in Support"* 101 Oral Argument requested. **(DOCUMENT RESTRICTED ACCORDING TO PROTECTIVE ORDER)** Filed by Skechers U.S.A., Inc.. (Lu, Samuel) (Entered: 08/28/2017) |
| 08/28/2017 | 131 | Declaration of Elliot Chen *In Support Of Skechers' Reply to Expedited Motion to Transfer Venue*. **(DOCUMENT RESTRICTED ACCORDING TO PROTECTIVE ORDER)** Filed by Skechers U.S.A., Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K) (Lu, Samuel) (Entered: 08/28/2017) |
| 08/31/2017 | 132 | Notice re Reply to Motion 114 titled as: "Skechers' Notice of Supplemental Authority" Filed by Skechers U.S.A., Inc.. (Related document(s): Reply to Motion 114 .) (Attachments: # 1 Exhibit A) (DeJong, Timothy) (Entered: 08/31/2017) |
| 09/06/2017 | 133 | **MINUTES OF PROCEEDINGS** before Magistrate Judge Paul Papak: Oral Argument held 9/6/17. Order: Defendant's Motion to Transfer Venue to the Central District of California 101 is taken under advisement as of 9/6/2017. Audra Eidem Heinze; Erik Maurer; Nathan Brunette (for Per Ramfjord) present as counsel for plaintiff(s). Samuel Lu; Timothy DeJong present as counsel for defendant(s). Court Reporter: Bonita Shumway. (gm) Modified on 9/6/2017 to correct text. NEF regenerated. (gm) (Entered: 09/06/2017) |
| 09/06/2017 | 134 | Notice of Appearance of Nathan C. Brunette appearing on behalf of Nike, Inc. Filed by on behalf of Nike, Inc.. (Brunette, Nathan) (Entered: 09/06/2017) |
| 09/06/2017 | 135 | Notice re Response to Motion, 111 , Response in Opposition to Motion, 128 *Plaintiff Nike, Inc's Third Notice of Supplemental Authority Regarding Waiver* Filed by Nike, Inc.. (Related document(s): Response to Motion, 111 , Response in Opposition to Motion, 128 .) (Brunette, Nathan) (Entered: 09/06/2017) |
| 09/08/2017 | 136 | Second Notice re Reply to Motion, 130 , Reply to Motion 114 , Notice, 135 *Second Notice of Supplemental Authority* Filed by All Defendants. (Related document(s): Reply to Motion, 130 , Reply to Motion 114 , Notice, 135 .) (Attachments: # 1 Exhibit A) (DeJong, Timothy) (Entered: 09/08/2017) |
| 09/13/2017 | 137 | Third Notice re Motion Hearing Held,, 133 , Reply to Motion, 130 titled as: "Skecher's Third Notice of Supplemental Authority" Filed by All Defendants. (Related document(s): Motion Hearing Held,, 133 , Reply to Motion, 130 .) (Attachments: # 1 Exhibit A) (DeJong, Timothy) (Entered: 09/13/2017) |
| 09/21/2017 | 138 | Notice re Motion Hearing Held,, 133 , Reply to Motion, 130 , Response in Opposition to Motion, 128 titled as: "Skecher's Fourth Notice of Supplemental Authority" Filed by All Defendants. |

| | | |
|---|---|---|
| | | (Related document(s): Motion Hearing Held,, 133 , Reply to Motion, 130 , Response in Opposition to Motion, 128 .) (Attachments: # 1 Exhibit A) (DeJong, Timothy) (Entered: 09/21/2017) |
| 09/28/2017 | 139 | OFFICIAL COURT TRANSCRIPT OF PROCEEDINGS FILED Oral Argument held on 9/6/2017 before Judge Paul Papak, Court Reporter Bonita J. Shumway, telephone number 503–326–8188 or bonita_shumway@ord.uscourts.gov. Transcript may be viewed at Court's public terminal or purchased from the Court Reporter before the deadline for Release of Transcript Restriction. Afterwards it may be obtained through the Court Reporter or PACER–See Policy at ord.uscourts.gov. Notice of Intent to Redact Transcript is due by 10/5/2017. Redaction Request due 10/19/2017. Redacted Transcript Deadline set for 10/30/2017. Release of Transcript Restriction set for 12/27/2017. (Shumway, Bonita) (Entered: 09/28/2017) |
| 11/14/2017 | 140 | **Findings & Recommendation:** Defendant's Motion to Transfer Venue 101 should be granted. This action should be transferred to the U.S. District Court for the Central District of California. Signed on 11/14/17 by Magistrate Judge Paul Papak. (gm) (Entered: 11/14/2017) |
| 11/14/2017 | 141 | **ORDER** issued by Magistrate Judge Paul Papak: Findings & Recommendation 140 is referred to Judge Michael H. Simon for review. Objections, if any, are due fourteen (14) days from service of the Findings and Recommendation. If no objections are filed, then the Findings and Recommendation will go under advisement on that date. If objections are filed, then a response is due fourteen (14) days after being served with a copy of the objections. When the response is due or filed, whichever date is earlier, the Findings and Recommendation will go under advisement. (gm) (Entered: 11/14/2017) |
| 11/15/2017 | 142 | Joint Notice re Findings & Recommendation Referred,, 141 Filed by Nike, Inc.. (Related document(s): Findings & Recommendation Referred,, 141 .) (Ramfjord, Per) (Entered: 11/15/2017) |
| 11/17/2017 | 143 | Order – Based on the parties' joint request to transfer this case (ECF 142 ), the Court adopts Magistrate Judge Papak's Findings and Recommendation, transferring this case to the United States District Court for the Central District of California. Ordered by Judge Michael H. Simon. (mja) (Entered: 11/17/2017) |